JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
   38 CORPORATE PARK, SUITE B
   IRVINE, CA  92714
   714-474-2055
Attorneys for the Plaintiff

CLERK, U.S. DISTRICT COURT
MAY 1 2 1992
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         COURT NO: 92 A 20092
              Plaintiff,

        v.                        DEFAULT JUDGMENT

MARY J. BURT

              Defendant(s).
_____/

ENTERED
CLERK, U. S. DISTRICT COURT
MAY 1 2 1992
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

    In the above-entitled action, an affidavit on behalf of the

plaintiff satisfying the requirements of Rule 55 having been filed;

    IT IS ADJUDGED that the United States of America, plaintiff,

do have and recover of and from MARY J. BURT

the sum of $2,650.00 as principal, $1,374.47 as accrued prejudgment

interest, $227.00 administrative charges, and $58.50 costs,

plus $465.00 attorney fees for a total amount of $4,774.97,

plus interest at the current rate until entry of judgment.

    Judgment to accrue interest at the legal rate until paid.

    DATED:
            MAY 1 2 1992

                          LEONARD A. BROSNAN, CLERK
                          U.S. District Court
                          Central District of California

                                    R. L. BYER
                          By: _____
                                Deputy Clerk